IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CASE No.: 3:25-cv-647

JERMAINE RASHAD GREEN, as an individual,

    Plaintiff,

vs.

JD PALATINE, LLC; and DOES 1-10 inclusive,

    Defendant(s).

**COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL**

Plaintiff JERMAINE RASHAD GREEN (hereafter "Plaintiff") files his Complaint for Damages and Demand for a Jury Trial against Defendants JD PALATINE, LLC, and DOES 1-10 inclusive (hereinafter collectively as "Defendants"), and alleges as follows:

## NATURE OF THE ACTION

1. Defendant Background JD Palatine, LLC is a company that provides background checks, employment screenings, and other services.

2. On or about August 2023, Plaintiff applied for a volunteer position with Western North Carolina Youth Sports Association.

3. In connection with Plaintiff's application, Western North Carolina Youth Sports Association procured a background screening report on Plaintiff from Defendant.

4. Defendant disclosed inaccurate criminal history.

5. Specifically, Defendant disclosed records that had been pardoned on February 6, 2019 without disclosing the fact of the pardon.

6. Any cursory review of records from the South Carolina Department of Probation, Parole, and Pardon Services would have alerted Defendant that the disclosed records had been pardoned.

7. Under the Fair Credit Reporting Act ("FCRA" 15 USC §1681 *et seq.*) §1681(e)(b), Defendant was required to use reasonable procedures to ensure the ***maximum possible accuracy*** of the information reported. Disclosing pardoned records is a clear violation of this statute.

8. Defendant did not have defined processes to verify the accuracy of the public records information provided.

9. Plaintiff suffered, and continues to suffer actual damages and emotional distress as a result of the denial of his volunteer opportunity.

10. Accordingly, Plaintiff seeks recovery for his actual damages, including his denial, emotional distress, and damage to his reputation. Moreover, Plaintiff seeks statutory penalties, punitive damages, as well as attorney's fees and costs.

## THE PARTIES

11. Plaintiff is an individual and resident of Charlotte, North Carolina.

12. Defendants JD Palatine, LLC is investigative consumer reporting agencies within the meaning of the Fair Credit Reporting Act ("FCRA" 15 U.S. Code §1681 *et seq.*) 15 U.S. Code §1681(a)(f) and is a routine seller of investigative consumer reports within the meaning of 15 U.S. Code §1681e.

13. Plaintiff is ignorant of the Defendants sued herein as DOES 1-10, inclusive, and therefore sues those Defendants by such capacities when such information is ascertained through discovery.

14. Plaintiff is informed and believes and thereon alleges that each of the DOES 1-10 Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by such occurrences.

15. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants DOES 1-10, were principals or agents of each other and of the named Defendants and in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendants.

## JURISDICTION AND VENUE

16. This Court has jurisdiction over the subject matter of this action pursuant to 28 USC §1331 because the claims because the claims asserted in this civil action arise under the laws of the United States, specifically the FCRA, 15 USC § 1681p.

17. Venue lies properly in this district pursuant to 28 USC § 1391 because Defendant regularly transacts business within this district, is otherwise subject to personal jurisdiction in this district, and a substantial part of the events giving rise to the claims occurred in this district and division.

## FIRST CAUSE OF ACTION

### (15 USC §1681(e)(b) and DOES 1-10)

18. Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

19. Defendants willfully and/or recklessly violated the above-referenced sections of the FCRA by disclosing outdated information.

20. Defendant's conduct was willful and/or reckless because it knew that disclosing pardoned records is insufficient to assure maximum possible accuracy of the criminal history information reported.

21. Plaintiff is informed, and believes, and thereon alleges that Defendant failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

22. Alternatively, Plaintiff alleges that Defendant's violations were negligent.

## SECOND CAUSE OF ACTION

## (15 USC §1681g and DOES 1-10)

23. Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

24. Defendant willfully and/or recklessly violated the above referenced sections of the FCRA failing to provide Plaintiff with his full file.

25. Defendant's conduct was willful and/or reckless because it knew that its production of the full consumer report would result in meritorious litigation.

26. Alternatively, Plaintiff alleges that Defendant's violations were negligent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

a. For a declaration that Defendants' practices violate FCRA

b. For statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;

c. For interest upon such damages as permitted by law;

d. For an award of reasonable attorneys' fees provided by law under all applicable statutes;

e. For the costs of the lawsuit;

f. For injunctive relief as applicable; and

g. For such other orders of the Court and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests and demands a jury trial on all issues triable by jury.

Respectfully submitted, this the 27th day of August, 2025.

/s/ C. Scott Meyers
C. Scott Meyers
smeyers@revolution.law
N.C. State Bar No. 30651
REVOLUTION LAW GROUP
1175 Revolution Mill Drive, Suite 8
Greensboro, NC 27405
Ph: 336-333-7907
Fax: 336-333-7909

*Pro hac vice appearance pending:*

Devin Fok (SBN #256599)
devin@devinfoklaw.com
Joshua Kim, Esq. (SBN 257260)
joshua@devinfoklaw.com
DHF Law, PC
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: (888) 651-6411
Fax: (818) 484-2023
*Attorneys for Jermaine Rashad Green, as an individual*